APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Marco Gonzalez
(Please print)

STREET ADDRESS: 852 SENECA

CITY/STATE/ZIP: ROUND LAKE HEIGHTS IL 60073

PHONE NUMBER: 224-715-4142

CASE NUMBER: 08CV3718
JUDGE SHADUR
MAGISTRATE JUDGE SCHENKIER

_____        6-30-08
Signature                       ~~6-26-08~~
                                Date

FILED
JUN 30 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT