# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3718 | **DATE** | 7/9/2008 |
| **CASE TITLE** | Mario Gonzales vs. Abbott Laboratories | | |

**DOCKET ENTRY TEXT**

Plaintiff's application to proceed in forma pauperis is denied. (4-1) Plaintiff has to and including July 30, 2008 to pay the $350 filing fee. If payment is not received, this action will be dismissed for want of prosecution. Plaintiff's motion for appointment of counsel is denied. (5-1)

Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|