MHN

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Marco Gonzalez

v.

Abbott Laboratories

CASE NUMBER: 08CV3718
ASSIGNED JUDGE: JUDGE SHADUR
DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE SCHENKIER

**TO:** (Name and address of Defendant)

ABBOTT LABORATORIES
100 ABBOTT PARK RD  ABBOTT LABORATORIES IL 60064

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Marco Gonzalez
852 SENECA
ROUND LAKE HEIGHTS IL 60073

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DATE 7/25/08

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 8-19-08 |
| NAME OF SERVER (PRINT) Cindy Gonzalez | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: CT CORPORATION SYSTEM 208 So. LASALLE ST. SUITE 814 CHICAGO 60604

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Tim Light

☐ Returned unexecuted: _____

☐ Other (specify): _____

FILED
8-25-2008
AUG 2 5 2008  TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-19-08
               Date

Signature of Server

852 SENECA ROUND LAKE HTS. IL 60073
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.